# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        Plaintiff,

Case No. 16 CR 073

JUDGE CARR

**ORDER**

-vs-

**SEAN MAGNER,**

        Defendant.

This cause came to be heard on the motion of the Defendant to determine his competency to stand trial pursuant to 18 U.S.C. §4241(a). The Government does not object. The Court finds that a psychiatric examination is necessary to determine the Defendant's competency to stand trial and will be helpful in determining the appropriate disposition of the case. Consequently, the motion is found well taken and granted.

It is therefore **Ordered** that Defendant Sean Magner is committed to the custody of the Bureau of Prisons for psychiatric evaluation of his competency to stand trial and other treatment as deemed necessary by the appropriate medical authorities.

It is further **Ordered** that a report of the Defendant's condition and competency to stand trial be sent to the Clerk of Courts, 114 United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio 43604, as soon as possible.

                                                       /s/ James G. Carr
                                                     Sr. U.S. District Judge